STATE of Missouri,
Plaintiff/Respondent,

v.

Carlden J. TROTTER,
Defendant/Appellant.

No. ED 103592

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: December 5, 2017

FOR APPELLANT: Samuel Buffaloe, 1000 West Nifong, Bldg 7, Suite 100, Columbia, Missouri 65203.

FOR RESPONDENT: Garrick Aplin, P.O. Box 899, Jefferson City, Missouri 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

Carlden Trotter appeals the trial court's judgment and sentence after a jury convicted him of violence against an employee of the Department of Corrections. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).